NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7050

TEDDY C. LAWSON,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 06-2110, Judge William A. Moorman.

ON MOTION

Before RADER, Circuit Judge.

ORDER

Upon consideration of Teddy C. Lawson's unopposed motion for a 30-day extension of time, until December 2, 2009, to file his reply brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions.

FOR THE COURT

OCT 3 0 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Sean A. Ravin, Esq.
Elizabeth M. Hosford, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 3 0 2009

JAN HORBALY
CLERK